IRVING I. ERDHEIM et al., Judgment-Creditors-Respondents, v. ELIZABETH K. MABEE, Judgment Debtor. CITY BANK FARMERS TRUST COMPANY, as Cotrustee under the Will of THOMAS J. RYAN, Deceased, Third-Party Appellant, et al.,

Third Party.— Motion for reargument denied without prejudice to a motion for leave to reargue the appeal. Present — Peck, P. J., Glennon, Dore and Van Voorhis, JJ. [See 280 App. Div. 759.]